# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:02cr126-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CONRADO JIMINEZ-COVARRUBIAS. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#98) is **GRANTED,** and the indictment in this matter as to the above named defendant is dismissed without prejudice.

Signed: September 15, 2011

Max O. Cogburn Jr.
United States District Judge